**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REVIVE MEDICAL DISTRIBUTION LLC, | Case No.: 2:25-cv-02632-APG-MDC |
| Plaintiff | **Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Subject Matter Jurisdiction and Striking Certificate of Interested Parties** |
| v. | |
| BRADLEY B. BAILEY, M.D. and ROGER B. SCHECHTER, M.D., INC., | |
| Defendants | |

I ORDER that by January 20, 2026, plaintiff Revive Medical Distribution LLC must show cause why this action should not be dismissed for lack of subject matter jurisdiction. Because Revive is a limited liability company, it is a citizen of every state in which each of its members is a citizen. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens"). Revive has not identified the citizenship of each of its members, so it has not established that complete diversity exists between it and the defendant in this case. Failure to respond to this order by January 20, 2026 will result in the case being dismissed without prejudice for lack of subject matter jurisdiction.

I FURTHER ORDER that Revive's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER that Revive shall file a proper certificate of interested parties by January 20, 2026.

DATED this 7th day of January, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE