**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REVIVE MEDICAL DISTRIBUTION LLC, | Case No.: 2:25-cv-02632-APG-MDC |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| BRADLEY B. BAILEY, M.D. and ROGER B. SCHECHTER, M.D., INC., | |
| Defendants | |

In light of the plaintiff's response to the order to show cause (ECF No. 7),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not dismiss this case for lack of subject matter jurisdiction at this time.

DATED this 14th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE