**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REVIVE MEDICAL DISTRIBUTION LLC, | Case No.: 2:25-cv-02632-APG-MDC |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| BRADLEY B. BAILEY, M.D. AND ROGER B. SCHECHTER M.D., INC., | |
| Defendant | |

I ORDER that the defendant's certificate of interested parties (ECF No. 12) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER the defendant to file a proper certificate of interested parties by March 17, 2026.

DATED this 10th day of March, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE