Caleb L. Green (NV Bar No. 15234)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 667-4832 | Fax: (702) 567-1568
Email: CGreen@HowardandHoward.com

*Attorneys for Plaintiff/Counter-Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

REVIVE MEDICAL DISTRIBUTION LLC, a
Nevada limited liability company,

      Plaintiff,

vs.

BRADLEY B. BAILEY, M.D. and ROGER B.
SCHECHTER, M.D., INC. d/b/a
RESTORATIVE MEDICAL GROUP, a
California corporation,

      Defendant.

BRADLEY B. BAILEY, M.D. and ROGER B.
SCHECHTER, M.D., INC. d/b/a
RESTORATIVE MEDICAL GROUP, a
California corporation,

      Counterclaimant,

vs.

REVIVE MEDICAL DISTRIBUTION LLC, a
Nevada limited liability company,

      Counter-Defendant.

Case No. 2:25-cv-02632-APG-MDC

**STIPULATION AND ORDER TO
EXTEND PLAINTIFF/COUNTER-
DEFENDANT'S DEADLINE TO FILE
RESPONSIVE PLEADINGS TO
ANSWER AND COUNTERCLAIMS**
**(First Request)**

      Pursuant to LR IA 6-1 and 6-2, Plaintiff/Counter-Defendant Revive Medical

Distribution, LLC ("Plaintiff"), by and through their counsel of record, and

HOWARD & HOWARD ATTORNEYS PLLC

Defendant/Counterclaimant Bradley B. Bailey, M.D and Roger B. Schechter, M.D., Inc (d/b/a/ Restorative Medical Group) ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1.    Defendant filed its Answer and counterclaims on March 9, 2026. (*See* ECF No. 11.)

2.    Plaintiff's current deadline to file a responsive pleading to Defendant's Answer and Counterclaims is on March 30, 2026.

3.    This Stipulation is based upon the following reasons: Plaintiff retained new counsel on March 23, 2026, and newly-retained counsel requires additional time to fully review and analyze the Answer and Counterclaims and prepare appropriate responsive pleadings.

4.    This Stipulation the First Request for extension of the responsive pleading deadline.

5.    The parties jointly request, stipulate, and agree a two-week extension, moving deadline for Plaintiff to file its responsive pleading to April 13, 2026.

**IT IS SO STIPULATED**.

Dated: March 27, 2026

**HOWARD & HOWARD ATTORNEYS PLLC**

By: /s/ Caleb L. Green
     Caleb L. Green (Bar No. 15234)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 667-4832
Fax: (702) 567-1568
Email: CGreen@HowardandHoward.com

*Attorneys for Plaintiff/Counter-Defendant*

Dated: March 27, 2026

**BECKSTROM & BECKSTROM, LLP**

By: /s/ James A. Beckstrom
     James A. Beckstrom (Bar No. 14032)
400 S. Fourth Street, Suite 650
Las Vegas, Nevada 89101
Phone: (725) 300-0599
Fax: (725) 300-0261
Email: JB@BeckstromLaw.com

*Attorneys for Defendant/Counter-Plaintiff*

HOWARD & HOWARD ATTORNEYS PLLC

**CERTIFICATE OF SERVICE**

The undersigned, an employee of the law firm of Howard & Howard Attorneys PLLC, hereby certifies that on March 27, 2026, she served a copy of the foregoing ***Stipulation and Order to Extend Plaintiff/Counter-Defendant's Deadline to File Responsive Pleadings to Answer and Counterclaims (First Request)*** by electronic service through the Odyssey eFileNV File & Serve system, which generated a notification of electronic filing upon all parties registered with the Clerk.

/s/ Shelly Di Meglio
An Employee of Howard & Howard Attorneys PLLC

**ORDER**

This Court, having reviewed and considered the Stipulation by the parties, and good cause appearing therefore, Plaintiff/Counter-Defendant's deadline to file a responsive pleading to the Answer and Counterclaims shall be extended to April 13, 2026.

**IT IS SO ORDERED**.

DATED this __3rd____ day of __April_____, 2026.

_____        _____
                                        Hon. Maximiliano D. Couvillier III
                                        United States Magistrate Judge

4925-8051-9580

HOWARD & HOWARD ATTORNEYS PLLC