**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com
*Attorneys for Defendant/Counter-Claimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REVIVE MEDICAL DISTRIBUTION LLC, a Nevada limited liability company, | Case No.:   2:25-cv-02632-APG-MDC |
| Plaintiff, | |
| vs. | |
| BRADLEY B. BAILEY, M.D. AND ROGER B. SCHECHTER, M.D., INC. dba RESTORATIVE MEDICAL GROUP, a California corporation, | |
| Defendants. | |
| BRADLEY B. BAILEY, M.D. AND ROGER B. SCHECHTER, M.D., INC. dba RESTORATIVE MEDICAL GROUP, a California corporation, | |
| Counter-Claimant, | |
| vs. | |
| REVIVE MEDICAL DISTRIBUTION LLC, a Nevada limited liability company, | |
| Counter-Defendant. | |

### [PROPOSED] STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

Defendant/Counter-Claimant, Bradley B. Bailey, M.D. and Roger B. Schechter, M.D., Inc. dba Restorative Medical Group (collectively "Defendant/Counter-Claimant"), by and through their attorney of record, James A. Beckstrom, Esq., with the law office of Beckstrom & Beckstrom,

Page 1 of 3

LLP; and Plaintiff/Counter-Defendant Revive Medical Distribution, LLC, by and through their counsel of record, Caleb L. Green, Esq., of the law firm of Howard & Howard Attorneys, PLLC (collectively the "Parties"), hereby stipulate and agree as follows:

1. Plaintiff filed its Complaint on December 31, 2025.

2. Defendant filed their Answer to Plaintiff's Complaint and Counterclaim on March 9, 2026.

3. Plaintiff then filed a Motion to Dismiss Defendant's Counterclaims on April 13, 2026.

4. The deadline for Defendant to respond to the Plaintiff's Motion to Dismiss Defendant's Counterclaims is April 27, 2026.

5. Counsel for Defendant has sought from counsel for Plaintiff an extension of an additional ten (10) days to prepare a responsive pleading in this matter as a result of Defendant's counsel being engaged in trial preparation the week of April 20, 2026.

6. Counsel for Plaintiff has agreed to extend the responsive pleading deadline for the requested ten (10) days (until May 7, 2026).

7. The Parties reserve all other claims and defenses, not explicitly waived herein.

8. The Parties' extension is for good cause and not intended to delay these proceedings.

IT IS SO STIPULATED.

DATED this 15th day of April 2026.

**BECKSTROM & BECKSTROM, LLP**

By: /s/  James A. Beckstrom
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 So. 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com
*Attorneys for Defendant/Counter-Claimant*

DATED this 15th day of April 2026.

**HOWARD & HOWARD ATTORNEYS PLLC**

By: /s/  Caleb L. Green
Caleb L. Green, Esq.
Nevada Bar No. 15234
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
CGreen@HowardandHoward.com
*Attorneys for Plaintiff, Counter-Defendant*

## <u>ORDER</u>

**IT IS SO ORDERED.**  Defendant shall file a responsive pleading to Plaintiff's Motion to Dismiss Defendant's Counterclaims on or before May 7, 2026.

Dated 4-21-26.

_____
UNITED STATES MAGISTRATE JUDGE