**Caleb L. Green (NV Bar No. 15234)**
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 667-4832 | Fax: (702) 567-1568
Email: CGreen@HowardandHoward.com

*Attorneys for Plaintiff/Counter-Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

REVIVE MEDICAL DISTRIBUTION LLC, a
Nevada limited liability company,

      Plaintiff,

vs.

BRADLEY B. BAILEY, M.D. and ROGER B.
SCHECHTER, M.D., INC. d/b/a
RESTORATIVE MEDICAL GROUP, a
California corporation,

      Defendant.

BRADLEY B. BAILEY, M.D. and ROGER B.
SCHECHTER, M.D., INC. d/b/a
RESTORATIVE MEDICAL GROUP, a
California corporation,

      Counterclaimant,

vs.

REVIVE MEDICAL DISTRIBUTION LLC, a
Nevada limited liability company,

      Counter-Defendant.

Case No. 2:25-cv-02632-APG-MDC

**SUBSTITUION OF COUNSEL**

Caleb L. Green, Esq. of the law firm Howard & Howard Attorneys PLLC, are hereby substituted as attorneys of record for Plaintiff/Counter-Defendant Revive Medical Distribution, LLC, in the above-entitled action, in place of an and instead of Steven T. Gubner, Esq. and

HOWARD & HOWARD ATTORNEYS PLLC

Casey J. Quinn, Esq. of BG Law LLP.

I hereby authorize the above and foregoing substitution.

**Plaintiff/Counter-Defendant:**
**REVIVE MEDICAL DISTRIBUTION LLC**

Dated: April 14, 2026_____   By: /s/ Aubrie L. Cropper_____
                           Aubrie L. Cropper
                           Its: Managing Member

I hereby consent to the above and foregoing substitution.

**BG LAW LLP**

Dated: April 14, 2026_____   By: /s/ Casey J. Quinn (with consent)___
                           Casey J. Quinn (NV Bar No. 11248)
                           Steven T. Gubner (NV Bar No. 4624)
                           Casey J. Quinn (NV Bar No. 11248)
                           300 S. Fourth Street, Suite 1550
                           Las Vegas, Nevada 89101
                           Phone: (702) 835-0800 | Fax: (866) 995-0215
                           Email: SGubner@BG.Law
                                   CQuinn@BG.Law

I hereby accept the above and foregoing Substitution of Counsel for Plaintiff/Counter-Defendant, Revive Medical Distribution LLC.

                           Respectfully submitted,

                           **HOWARD & HOWARD ATTORNEYS PLLC**

Dated: April 14, 2026_____   By: /s/ Caleb L. Green_____
                           Caleb L. Green (NV Bar No. 15234)
                           3800 Howard Hughes Parkway, Suite 1000
                           Las Vegas, Nevada 89169
                           Tel: (702) 667-4832 | Fax: (702) 567-1568
                           Email: CGreen@HowardandHoward.com

                           *Attorneys for Plaintiff/Counter-Defendant*

SUBSTITUTION OF COUNSEL

**CERTIFICATE OF SERVICE**

The undersigned, an employee of the law firm of Howard & Howard Attorneys PLLC, hereby certifies that on April 14, 2026, she served a copy of the foregoing ***Substitution of Counsel*** by electronic service through the Odyssey eFileNV File & Serve system, which generated a notification of electronic filing upon all parties registered with the Clerk, more specifically:

**James A. Beckstrom, Esq.**
**Beckstrom & Beckstrom, LLP**
400 S. Fourth Street, Suite 650
Las Vegas, Nevada 89101
Phone: (725) 300-0599 | Fax: (725) 300-0261
Email: JB@BeckstromLaw.com

***Attorneys for Defendant/Counter-Plaintiff***

/s/ Shelly Di Meglio
An Employee of Howard & Howard Attorneys PLLC

4910-2884-2142,

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5-8-26