HOWARD & HOWARD ATTORNEYS PLLC

Caleb L. Green (NV Bar No. 15234)
**HOWARD & HOWARD ATTORNEYS PLLC**
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 667-4832 | Fax: (702) 567-1568
Email: CGreen@HowardandHoward.com

*Attorneys for Plaintiff/Counter-Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REVIVE MEDICAL DISTRIBUTION LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>BRADLEY B. BAILEY, M.D. and ROGER B. SCHECHTER, M.D., INC. d/b/a RESTORATIVE MEDICAL GROUP, a California corporation,<br><br>  Defendant.<br><br>BRADLEY B. BAILEY, M.D. and ROGER B. SCHECHTER, M.D., INC. d/b/a RESTORATIVE MEDICAL GROUP, a California corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>REVIVE MEDICAL DISTRIBUTION LLC, a Nevada limited liability company,<br><br>  Counter-Defendant. | Case No. 2:25-cv-02632-APG-MDC<br><br>**STIPULATION AND ORDER STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS** |

Plaintiff/Counter-Defendant Revive Medical Distribution, LLC ("Plaintiff"), by and through their counsel of record, and Defendant/Counterclaimant Bradley B. Bailey, M.D and

Page 1 of 5

Roger B. Schechter, M.D., Inc (d/b/a Restorative Medical Group) ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1.    On April 13, 2026, Plaintiff filed its Motion to Dismiss Defendant's Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 18) (the "Motion").

2.    The Motion seeks dismissal of all counterclaims in their entirety on dispositive legal grounds.

3.    The Motion is currently pending before the Court and, if granted in whole or in part, will dispose of Defendant's Counterclaims in whole or substantially narrow the claims at issue in this action.

4.    The Parties have met and conferred in good faith regarding the scope and timing of discovery in light of the pending Motion.

5.    The Parties agree that a temporary stay of discovery pending resolution of the Motion is appropriate and will promote efficiency and conserve resources for both the Parties and the Court.

6.    Good cause exists for a temporary stay of discovery because the pending Motion to Dismiss presents threshold legal issues that may dispose of Defendant's Counterclaims in their entirety or substantially narrow the issues for litigation. The resolution of those issues will materially impact the permissible scope, timing, and necessity of discovery.

7.    Resolving the Motion before the Parties engage in discovery will promote judicial economy and avoid the unnecessary expenditure of party and court resources on discovery that may ultimately be rendered moot or require substantial revision.

8.    Proceeding with discovery prior to resolution of the Motion risks imposing unnecessary burden and expense on the Parties and may result in duplicative or inefficient discovery efforts.

9.    A limited stay of discovery will conserve judicial resources and ensure that any discovery that proceeds is appropriately tailored to the claims that remain following the Court's ruling.

10.    The requested stay is limited in duration and will not prejudice any party.

11.    Accordingly the Parties jointly and respectfully stipulate and request that the Court:

a.    Stay all discovery in this matter pending resolution of Plaintiff's Motion to Dismiss (ECF No. 18);

b.    Vacate or toll all current discovery deadlines, to be reset as necessary following the Court's ruling on the Motion; and

c.    Grant such further relief as the Court deems just and proper.

**IT IS SO STIPULATED**.

Dated: May 21, 2026

**HOWARD & HOWARD ATTORNEYS PLLC**


By: /s/ Caleb L. Green
        Caleb L. Green (Bar No. 15234)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Tel: (702) 667-4832 | Fax: (702) 567-1568
Email: CGreen@HowardandHoward.com

*Attorneys for Plaintiff/Counter-Defendant*

Dated: May 21, 2026

**BECKSTROM & BECKSTROM, LLP**


By: /s/ James A. Beckstrom
        James A. Beckstrom (Bar No. 14032)
400 S. Fourth Street, Suite 650
Las Vegas, Nevada 89101
Phone: (725) 300-0599 | Fax: (725) 300-0261
Email: JB@BeckstromLaw.com

*Attorneys for Defendant/Counter-Plaintiff*

**HOWARD & HOWARD ATTORNEYS PLLC**

## CERTIFICATE OF SERVICE

The undersigned, an employee of the law firm of Howard & Howard Attorneys PLLC, hereby certifies that on May 21, 2026, she served a copy of the foregoing ***Stipulation and Order Stay Discovery Pending Resolution of Motion to Dismiss*** by electronic service through the Court's CM/ECF filing system, which generated a Notification of Electronic Filing upon all parties currently registered with the Clerk.

/s/ Shelly Di Meglio
An Employee of Howard & Howard Attorneys PLLC

**ORDER**

All discovery in this matter is hereby STAYED pending resolution of Plaintiff/Counter-Defendant's Motion to Dismiss (ECF No. 18).

IT IS FURTHER ORDERED that all discovery deadlines are VACATED and will be reset, if necessary, following the Court's ruling on the Motion.

**IT IS SO FURTHER ORDERED** that the parties shall file an amended stipulated discovery plan and scheduling order within 14 days of the entry of order resolving plaintiff's Motion to Dismiss (ECF No. 18).

Dated: 5-21-26 _____    _____
United States Magistrate Judge

4927-5192-5164